**Opinion issued September 3, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00393-CV

————————————

## IN RE OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, the Office of the Attorney General of Texas, filed a petition for writ of mandamus to compel the trial court to vacate its order staying the denial of real party in interest, C.J.P.'s, renewal of his vehicle registration.[1] On June 15, 2020, the Attorney General filed a motion to dismiss the petition. Real party in interest filed

---

[1] The underlying case is *In the Interest of __, Minor Child*, cause number 7219*RH99, pending in the 300th District Court of Brazoria County, Texas, the Honorable Patrick Bulanek presiding.

a response asserting that the petition should be denied because the issues within the petition are untimely and unripe and because the Attorney General has failed to exhaust all remedies. Real party in interest also agrees that the petition is moot because the Attorney General issued a notice of release of denial of vehicle registration and attached a copy of this notice.

Because both parties agree that the issues in this proceeding are moot and the petition should be dismissed, the Court grants the motion. We dismiss the petition. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Countiss.